# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN ANN DUNNAGAN | CASE NO. CV 12-668 AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: May 3, 2013

ALICIA G. ROSENBERG
United States Magistrate Judge